UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:13-CV-218-F

| | |
|---|---|
| BENJAMIN TAYLOR, GREENWOOD MANAGEMENT, ) ) | |
| Plaintiffs, ) ) | ORDER |
| v. ) ) | |
| JOHN DOES 1-10, ) ) | |
| Defendants. ) | |

This matter is before the court on the Plaintiffs' failure to respond to the Clerk of Court's Notice to Plaintiff of Failure to Make Service Within 120 days [DE-19]. In the notice, Plaintiffs, who are represented by counsel, were specifically warned that pursuant to Rule 4(m), their claims against the defendants would be dismissed without prejudice unless they could demonstrate, within 14 days of receipt of the notice, good cause why service was not made on the defendants within 120 days following the filing of the complaint. *See id.* The deadline set forth in the notice has passed, and the court has received no response from Plaintiffs.

Accordingly, Plaintiffs' claims against Defendants John Does 1-10 are dismissed without prejudice for failure to make timely service in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the _3ʳᵈ_ day of February, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge