| | |
|---|---|
| BENJAMIN TAYLOR and GREENWOOD MANAGEMENT, <br>     Plaintiffs, <br><br> v. <br><br> DOES 1 - 10, <br>     Defendant. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 4:13-CV-218-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiffs' claims against the Defendants John Does 1 - 10 are dismissed without prejudice for failure to make timely service in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on February 3, 2015, and Copies To:**

Mark W. Ishman (via CM/ECF Notice of Electronic Filing)

DATE  
February 3, 2015

JULIE RICHARDS JOHNSTON, CLERK  
 /s/ Susan K. Edwards  
(By) Susan K. Edwards, Deputy Clerk